AGNES ALLEN, BY HER NEXT FRIEND, H. A. ALLEN, v. KENTUCKY-VIRGINIA STONE COMPANY, LON LAMBERT, ERNEST GALLOWAY, AND PAUL McCURRY.

(Filed 13 October, 1937.)

APPEAL by the defendants Kentucky-Virginia Stone Company and Lon Lambert from a refusal to grant a petition for removal to the Federal Court by *Alley, J.,* at June Special Term, 1937, of YANCEY. Affirmed.

*Huskins & Wilson for plaintiff, appellee.*
*Jones & Ward and J. M. Horner, Jr., for defendants, appellants.*

BATTON v. R. R.

PER CURIAM. The plaintiff in this case alleges that she was injured while a passenger in the truck owned by Galloway and driven by Mc-Curry at the time of the collision with the truck owned by the Kentucky-Virginia Stone Company and driven by Lambert referred to in the case of Clark Hall, administrator of Lee Hall, against the same defendants as in this case. The decision of this case is governed by the decision of the *Hall case, ante, 254.*

Affirmed.